```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/5/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

  GRACIELA DONCOUSE,

                            Plaintiff,                            **ORDER**

                  -against-                                        23-CV-2468 (LGS)

UP 51 LLC *d/b/a* UPSIDE PIZZA, et al.*,*

                            Defendants.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      On Tuesday, August 29, 2023, Plaintiff's counsel requested that Plaintiff, Graciela Doncouse, attend the upcoming settlement conference remotely because Plaintiff needs to be in Utah for the month of September in order to assist her son with a health issue.  Defendants consent to the request.  That request is GRANTED.  The settlement conference in this matter will proceed in person on **Thursday, September 7, 2023 at 2:00 p.m.** in Courtroom 17-D, U.S. Courthouse, 500 Pearl Street, New York, New York, and all parties and counsel must attend in person except for Ms. Doncouse, who may attend remotely.  Plaintiff's counsel will be responsible for connecting Ms. Doncouse to the conference.

      **SO ORDERED.**

Dated: September 5, 2023
       New York, New York

*[Signature]*
KATHARINE H. PARKER
United States Magistrate Judge