```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  GRACIELA DONCOUSE,

                              Plaintiff,           **ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

               -against-

UP 51 LLC *d/b/a* UPSIDE PIZZA, et al.*,*        **23-CV-2468 (LGS)**

                              Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        A settlement status telephone conference in this matter is hereby scheduled for **Thursday, November 2, 2023, at 4:30 p.m.**  At the scheduled time, counsel for the parties shall dial the Court's conference line at **866-434-5269, Access Code 4858267**.

        **SO ORDERED.**

Dated: October 10, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge