```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
  GRACIELA DONCOUSE,

                                   Plaintiff,                    **ORDER ADJOURNING**
                                                                         **SETTLEMENT STATUS**
                  -against-                                    **CONFERENCE**

UP 51 LLC *d/b/a* UPSIDE PIZZA, et al.,          **23-CV-2468 (LGS)**

                                   Defendants.
-----------------------------------------------------------------X
**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

        The settlement status telephone conference in this matter scheduled for **Thursday, November 2, 2023, at 4:30 p.m.** is hereby adjourned *sine die*.

        **SO ORDERED.**

Dated: October 23, 2023
       New York, New York

*[Signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge